# Third District Court of Appeal

## State of Florida

Opinion filed July 7, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1462
Lower Tribunal No. 19-493-P
_____

**Virgilio M. Valdes,**
Appellant,

vs.

**Devin V.  Valdes,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Sharon I. Hamilton, Judge.

Law Offices of Elena Vigil-Farinas, Esq., and Elena Vigil-Farinas, for appellant.

The Manz Law Firm, and Michelle Klinger Smith, for appellee.

Before FERNANDEZ, C.J., and LOGUE and HENDON, JJ.

PER CURIAM.

Affirmed.  See <u>Leal v. Rodriguez</u>, 220 So. 3d 543, 545 (Fla. 3d DCA 2017).